**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

CV-24-2294-PHX-CDB

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

*The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.*

| | |
|---|---|
| **Plaintiff(s):** Ivaylo Dodev, Mr.; | **Defendant(s):** Frontier Airlines, INC., ,; |
| County of Residence: Pinal | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| **Plaintiff's Atty(s):** Ivaylo Dodev, Pro Se  38153 W Nina St  Maricopa, Arizona 85138  4804578888 | **Defendant's Atty(s):** , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin: | 1. Original Proceeding |
| V. Nature of Suit: | 190 Other Contract |
| VI. Cause of Action: | Title VI of the Civil Rights Act of 1964, 42 U.S.C. §1981 et seq., 42 U.S.C. §2000(d), Title III of the Americans with Disability Act ("ADA"), 42 U.S.C §§ 12181, et seq. |
| VII. Requested in Complaint  Class Action: | No |
| Dollar Demand: | compensatory, statutory, punitive damages and cost |
| Jury Demand: | Yes |
| VIII. This case **is not related** to another case. | |

Signature: Ivaylo Dodev

Date: 09/04/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014