Liberty Process Service, LLC
5156 W. Olive Ave. #487
Glendale, AZ 85302
Bbilyk03@gmail.com

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      SEP 0 6 2024

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Dodev, et. al<br>　　　　Plaintiff,<br>v.<br><br>Frontier Airlines, Inc., Does 1-10<br>　　　　Defendant, | **CASE No.: CV-24-2294-PHX-CDB**<br>**CERTIFICATE OF SERVICE** |

I, William Bilyk, the undersigned hereby certifies under the penalty of perjury: than I am fully qualified to serve process in this case within the county in which it was served, having been so appointed by the court and having received the following documents in this action:

1. **SUMMONS IN A CIVIL ACTION**
2. **COMPLAINT**

from: <u>Plaintiff</u> on <u>09/04/24</u> and that I personally served copies of these documents on those named below in the manner and place shown; except where noted, all services were made in Maricopa County, Arizona.

NAME: **FRONTIER AIRLINES, INC.**
DATE & TIME: 09/05/24 @ 1:45 PM
PLACE & MANNER: **Substitute Service** by serving Mike Vernon, Service of Process Coordinator for Registered Agent The Prentice-Hall Corporation @ 8825 N. 23rd Ave. #100 Phoenix, AZ 85021
Description: Caucasian male; 60's; 5'16"; 260lbs; black hair, brown eyes; glasses

Statement of Costs:

| |
|---|
| Service:　$50.00<br>Mileage:$10.00<br>Rush:　　$00.00<br>2nd Add: $00.00<br>Advances:$0.00<br>Cert Prep:$5.00<br>Other:　 $00.00<br>**TOTAL: $65.00** |

_William J. Bilyk_
Registered Process Server in
Maricopa County #8749

The above is covered by A.R.S. as amended §41-413 & §11-45 and A.R.C.P. 4, 5, and 45