Ivaylo Dodev, and
Nikolina Dodev,

c/o 38153 West Nina Street
Maricopa, Arizona 85138
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

FILE ON DEMAND

*Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dodev, *et al.*, | Case No. CV-24-2294-PHX-CDB |
| Plaintiffs, | **MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION** |
| v. | |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendant. | |

**COMES NOW** Claimants, Ivaylo Dodev and Nikolina Dodev, ("Plaintiffs") representing themself in this action in *propria persona*, and hereby request permission to electronically file and serve their documents in the above-captioned action. Plaintiffs state that, upon a showing of good cause below, they are able to comply with the equipment and rule requirements governing electronic filing including but not limited to:

    A.    Type of personal computer and related software/equipment available for

- 1 - | Page of Motion to Allow CM/CFM Filing

use;

B.  Personal computer running a standard platform such as Windows or Mac OS;

C.  Word processor such as Microsoft Word that can export to PDF • Internet access (high speed is recommended);

D.  A web browser (Such as current versions of MS Edge, Google Chrome, Mozilla Firefox, or Safari);

E.  PDF conversion software - Adobe Acrobat current version (Standard or Professional) is recommended;

F.  Scanner for paper exhibits or other supporting documents which exist only in paper, and;

G.  Adobe Acrobat Reader or other PDF Viewer is needed for viewing e-filed PDF documents.

**IN FURTHER SUPPORT OF THIS MOTION, PLAINTIFFS ANSWER THE FOLLOWING QUESTIONS**

A.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

**Answer: Yes**

B.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

**Answer: Yes**

C.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

**Answer: Yes**

D.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

**Answer: Yes**

E. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

**Answer: Yes**

**RESPECTFULLY SUBMITTED** this 10th day of September, 2024

_____
Ivaylo Dodev, *Pro Se* Plaintiff
c/o 38153 West Nina Street
Maricopa, Arizona 85138
(480) 457-8888 Phone
(480) 457-8887 Facsimile

_____
Nikolina Dodev, *Pro Se* Plaintiff
c/o 38153 West Nina Street
Maricopa, Arizona 85138
(480) 457-8888 Phone
(480) 457-8887 Facsimile

## PRO SE PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM

This form is to be used to register for an account on the District of Arizona's Electronic Case Files (ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the ECF system. Filers representing themselves and granted leave to electronically file must seek leave to electronically file in each new case. The following information is required for registration:

Personal Information

First Name **Ivaylo**   Middle Name _____

Last Name **Dodev**   Generation _____

Address **c/o 38153 W. Nina St**

City **Maricopa**   State **AZ**   Zip Code **85138**

Telephone Number **(480) 457-8888**

Fax Number **(480) 457-8887**

Your login and password will be sent to the address entered above. You must enter a valid e-mail address in order to obtain an ECF login.

E-mail address **dodev@hotmail.com**

E-mail type:

[X] HTML - Recommended for most e-mail clients

[ ] Plain Text - Recommended for older e-mail clients which cannot process HTML e-mail

By submitting this registration form, the undersigned agrees to abide by the following rules:

This ECF system is for use only in cases designated by the United States District Court for the District of Arizona in which the pro se party has been granted leave to electronically file. The ECF system may be used to file and view electronic documents, docket sheets and notices. Please visit www.azd.uscourts.gov to register for training.

Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers must be signed by the party. A registered user's password issued by the Clerk's Office combined with the identification, serves as and constitutes the registered user's signature. Therefore, a registered user must protect and secure the password issued by the Clerk's Office. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the registered user to immediately notify the Clerk's Office. This should include the resignation or reassignment of the person with authority to use the password. The Clerk's Office will immediately delete the password from the electronic filing system and issue a new password.

Each registered user desiring to electronically file documents must complete and sign a Pro Se Participant Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures Manual.

A registered user accesses court case information by the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the login and password issued by the Clerk's Office. To register for PACER, a user must complete the online form or submit a registration form available on the PACER website http://pacer.psc.uscourts.gov

By this registration the undersigned agrees to abide by all of the rules and regulations in the Electronic Case Filing Administrative Policies and Procedures Manual currently in effect and any changes or additions that may be made to such administrative procedures in the future.

Date _September 10, 2024_

s/ _[signature]_
Participant Signature

Type your full name, prefixed with "s/", in the field above to acknowledge that you have read and understand the information in this document.