Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031665
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Phone: (602) 532-5795
mark.worischeck@sandersparks.com
dillon.steadman@sandersparks.com

Brian T. Maye (*Pro Hac Vice* to be filed)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 S. LaSalle St., Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4905
brian.maye@fitzhunt.com

*Attorneys for Defendant Frontier Airlines, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Dodev, Nikolina Dodev,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc.,<br><br>　　　　　　　Defendant. | Case No.: CV 24-02294 PHX CDB<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S UNCONTESTED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　Defendant, Frontier Airlines, Inc. ("Frontier"), through its undersigned counsel, hereby moves the Court to extend the time for Frontier to file its responsive pleading to Plaintiffs' Complaint.  In support of its Motion, Frontier states as follows:

　　　　1.　　This action arises out of an alleged denial of boarding of Plaintiffs on a Frontier flight scheduled to depart from Sky Harbor International Airport, Phoenix, Arizona, and arrive at Punta Cana International Airport, Dominican Republic, on

November 5, 2022.

2. On September 4, 2024, Plaintiffs filed their Complaint in the U.S. District Court for the District of Arizona, alleging various theories of liability against Frontier. (Doc. 1)

3. On September 5, 2024, Plaintiffs served Frontier the Complaint and Summons. Pursuant to Federal Rule 12(a), Frontier's responsive pleading must be filed within 21 days of service, or by September 26, 2024.

4. The parties are currently engaged in settlement negotiations. The Parties endeavor to amicably resolve this matter prior to Frontier having to file a responsive pleading.

5. Frontier requests an additional fourteen (14) days to respond to Plaintiffs' Complaint to give the parties additional time attempt to settle this matter. In this regard, good cause exists to extend the time for Frontier to respond to Plaintiffs' Complaint.

6. Counsel for Frontier has conferred with Plaintiffs regarding this motion. Plaintiffs do not oppose an extension of fourteen (14) days, or until October 10, 2024, for Frontier to respond to their Complaint.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests that the Court enter an order extending the time for Frontier to file its responsive pleading until October 10, 2024.

**RESPECTFULLY SUBMITTED** this 26th day of September 2024.

By: */s/ Dillon J. Steadman*

Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031665

| | |
|---|---|
| 1 | |
| 2 | **SANDERS & PARKS, P.C.**<br>3030 North Third Street, Suite 1300<br>Phoenix, AZ  85012-3099<br>Phone: (602) 532-5795<br>mark.worischeck@sandersparks.com<br>dillon.steadman@sandersparks.com |

Brian T. Maye (*Pro Hac Vice* to be filed)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 S. LaSalle St., Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4905
brian.maye@fitzhunt.com

*Attorneys for Defendant Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ *Cheryl Williams*