**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivaylo Dodev, Nikolina Dodev,<br><br>Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc.,<br><br>Defendant. | Case No.: CV 24-02294 PHX CDB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

HAVING REVIEWED the Uncontested Motion of Defendant, Frontier Airlines, Inc. to extend the time for Defendant to file its responsive pleading to Plaintiffs' Complaint, and good cause appearing,

IT IS HEREBY ORDERED that an extension of fourteen (14) days, or until October 10, 2024, is granted for Defendant Frontier Airlines, Inc. to respond to Plaintiffs' Complaint.