# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Dodev,<br>Nikolina Dodev,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>Frontier Airlines Incorporated,<br><br>　　　　　　　　Defendant. | No. CV 24-02294 PHX CDB<br><br>**ORDER** |

**IT IS ORDERED that** the unopposed motion at ECF No. 12 is **granted**. Accordingly, Defendant shall have until **October 10, 2024**, to answer or otherwise respond to the Complaint.

Dated this 27th day of September, 2024.

_____
Camille D. Bibles
United States Magistrate Judge