Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031665
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Phone: (602) 532-5795
mark.worischeck@sandersparks.com
dillon.steadman@sandersparks.com

Brian T. Maye (*Pro Hac Vice* to be filed)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 S. LaSalle St., Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4905
brian.maye@fitzhunt.com

*Attorneys for Defendant Frontier Airlines, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaylo Dodev, Nikolina Dodev,<br><br>    Plaintiffs,<br><br>v.<br><br>Frontier Airlines, Inc.,<br><br>    Defendant. | No. CV 24-02294 PHX CDB<br><br>**DEFENDANT FRONTIER AIRLINES, INC.'S SECOND UNCONTESTED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendant, Frontier Airlines, Inc. ("Frontier"), through its undersigned counsel, hereby moves the Court to extend the time for Frontier to file its responsive pleading to Plaintiffs' Complaint. Plaintiffs do not oppose the Motion. In support of its Motion, Frontier states as follows:

1.      This action arises out of an alleged denial of boarding of Plaintiffs on a Frontier flight scheduled to depart from Sky Harbor International Airport, Phoenix, Arizona, and arrive at Punta Cana International Airport, Dominican Republic, on November 5, 2022.

2. On September 4, 2024, Plaintiffs filed their Complaint in the U.S. District Court for the District of Arizona, alleging various theories of liability against Frontier. (Doc. # 1)

3. On September 5, 2024, Plaintiffs served Frontier the Complaint and Summons. Pursuant to Federal Rule 12(a), Frontier's responsive pleading was originally due by September 26, 2024.

4. On September 26, 2024, Frontier filed an uncontested motion to extend the deadline to file its responsive pleading, as the Parties endeavored to continue settlement discussions prior to Frontier filing its responsive pleading. The Court granted Frontier's motion, extending Frontier's deadline to file its responsive pleading until October 10, 2024.

5. On October 10, 2024, pursuant to Local Rule 12.1(c), the Parties engaged in a conferral regarding Frontier's anticipated motion to dismiss. The Parties wish to continue to discuss whether the purported defects in the Complaint are curable. The Parties also wish to continue to discuss potential settlement. Therefore, good cause exists to extend the time for Frontier to respond to Plaintiffs' Complaint.

6. Accordingly, Frontier requests an additional seven (7) days, or until October 17, 2024, to respond to Plaintiffs' Complaint

7. Counsel for Frontier has conferred with Plaintiffs regarding this motion. Plaintiffs do not oppose an extension of seven (7) days, or until October 17, 2024, for Frontier to respond to their Complaint.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully request that the Court enter an order extending the time for Frontier to file its responsive pleading until October 17, 2024. A proposed order to this effect is submitted herewith.

**RESPECTFULLY SUBMITTED** this 10th day of October 2024.

By: /s/ Dillon J. Steadman

Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031665
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Phone: (602) 532-5795
mark.worischeck@sandersparks.com
dillon.steadman@sandersparks.com

Brian T. Maye (*Pro Hac Vice* to be filed)
**FITZPATRICK, HUNT & PAGANO, LLP**
10 S. LaSalle St., Suite 3400
Chicago, Illinois 60603
Phone: (312) 728-4905
brian.maye@fitzhunt.com

*Attorneys for Defendant Frontier Airlines, Inc.*

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Cheryl Williams