Ivaylo Dodev, and
Nikolina Dodev,

c/o  38153 West Nina Street
     Maricopa, Arizona 85138
     (480) 457-8888 Phone
     (480) 457-8887 Facsimile
     dodev@hotmail.com

*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Dodev,**<br>**Nikolina Dodev,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FRONTIER AIRLINES, INC.,**<br><br>**Defendant.** | Case No.  CV-24-2294-PHX-CDB<br><br>**STIPULATION OF DISMISSAL**<br><br>**Filed contemporaneously with an ORDER OF DISMISSAL**<br><br>**Judge: Hon. Camille D. Bibles** |

Upon a mutual confab and confer meeting between Plaintiffs herein and Counsel for Defendant Frontier Airlines, Incorporated, an amicable settlement resolution has been reached. Therefore, both parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

/// /// ///

- 1 - | Page of Stipulated Dismissal

Dated: October 17, 2024.

By: /s/ Ivaylo Dodev
**Ivaylo Dodev**, *Pro Se* Plaintiff
**c/o 38153 West Nina Street**
**Maricopa, Arizona 85138**
**(480) 457-8888 Phone**
**(480) 457-8887 Facsimile**

By: /s/ Nikolina Dodev
**Nikolina Dodev**, *Pro Se* Plaintiff
**c/o 38153 West Nina Street**
**Maricopa, Arizona 85138**
**(480) 457-8888 Phone**
**(480) 457-8887 Facsimile**

**CERTIFICATE OF SERVICE**

The undersigned party hereby certifies that on October 17, 2024, electronically transmitted the above captured Stipulated Dismissal to the Clerk's Office of the United States District Court for the District of Arizona using the CM/ECF System for filing, thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Ivaylo Dodev