Ivaylo Dodev, and
Nikolina Dodev,

c/o  38153 West Nina Street
     Maricopa, Arizona 85138
     (480) 457-8888 Phone
     (480) 457-8887 Facsimile
     dodev@hotmail.com

*Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Ivaylo Dodev,**<br>**Nikolina Dodev,**<br><br>              **Plaintiffs,**<br>**v.**<br><br>**FRONTIER AIRLINES, INC.,**<br><br>              **Defendant.** | **Case No.  CV-24-2294-PHX-CDB**<br><br>**ORDER OF DISMISSAL**<br><br><br>**Judge: Hon. Camille D. Bibles** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS FURTHER ORDERED The Clerk to close the case.